No. 90–6781.   FELTON *v.* LYNN, SECRETARY, DEPARTMENT OF CORRECTIONS, LOUISIANA, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 90–6782.   GRUBB *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 90–6788.   BYRD *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 90–6800.   SMITH *v.* UNITED STATES ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 90–6813.   LEONARD *v.* ABC UNIFIED SCHOOL DISTRICT ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 90–6814.   KAWANO, AKA SAI, ET AL. *v.* COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS.   C. A. 9th Cir.   Certiorari denied.

No. 90–6826.   CHAMBERS *v.* MAHER.   C. A. 7th Cir.   Certiorari denied.

No. 90–6852.   SMITH *v.* BINGHAM ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 90–6866.   WOODARD *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 90–6873.   CLAPPER *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 90–6876.   WINTERS *v.* FIRST FEDERAL SAVINGS & LOAN OF RALEIGH.   C. A. 4th Cir.   Certiorari denied.

No. 90–6895.   SOTO *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 90–6909.   NORRIS *v.* FEDERAL BUREAU OF INVESTIGATION.   C. A. 9th Cir.   Certiorari denied.

No. 90–6916.   BRYANT *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.